UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Alex Berenson,

    Plaintiff(s),

v.

Twitter, Inc.,

    Defendant(s).

Case No. 3:21-cv-09818

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Anthony J. Biller, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Alex Berenson in the above-entitled action. My local co-counsel in this case is Sean Gates, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 186247.

| | |
|---|---|
| 2601 Oberlin Rd, #100, Raleigh, NC 27608 | 301 N. Lake Ave., #1100, Pasadena CA 91101 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 919-755-1317 | 626-508-1715 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ajbiller@envisage.law | sgates@charislex.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24117.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 12/16/2021                                                             Anthony J. Biller
                                                                                         APPLICANT

8   ORDER GRANTING APPLICATION
9   FOR ADMISSION OF ATTORNEY PRO HAC VICE

11   IT IS HEREBY ORDERED THAT the application of Anthony J. Biller is
12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14   counsel designated in the application will constitute notice to the party.

15   Dated: December 22, 2021



UNITED STATES MAGISTRATE JUDGE