JAMES R. LAWRENCE, III (*pro hac vice* pending)
jlawrence@envisage.law
ANTHONY J. BILLER (*pro hac vice*)
ajbiller@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Ste. 1100
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.1730

*Attorneys for Plaintiff Alex Berenson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALEX BERENSON,** | Case No. 3:21-cv-09818-JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| **TWITTER, INC.,** | |
| Defendant. | |

Attached hereto as Exhibit A is a certificate of service for the following documents, which were served by personal delivery to Twitter, Inc., c/o CT Corporation, 330 N. Brand Ave., #700, Glendale, CA 91203, on December 23, 2021:

1. Summons
2. Complaint
3. Civil Cover Sheet
4. Order Setting Initial Case Management Conference and ADR Deadlines
5. Notice of Assignment of Case to Magistrate Judge for Trial
6. Brochure: Consenting to the Jurisdiction of a Magistrate Judge
7. Civil Standing Orders for Magistrate Judge Joseph C. Spero
8. Form of Joint Case Management Statement

Dated: December 30, 2021         CHARIS LEX P.C.


                                 By:  /s/ *Sean P. Gates*
                                      SEAN P. GATES
                                      Attorneys for Plaintiff Alex Berenson

- 1 -
CERTIFICATE OF SERVICE
Case No. 3:21-cv-09818-JCS

# EXHIBIT A

| Attorney or Party without Attorney:<br>JAMES R. LAWRENCE, III (pro hac vice pending)<br>Charis Lex PC<br>ENVISAGE LAW<br>2601 Oberlin Road, Suite 100<br>Raleigh, North Carolina 27608<br>  Telephone No: 919.755.1317<br>  Attorney For: Plaintiff: Alex Berenson | Ref. No. or File No.:<br>ALEX BERENSON VS. TWITTER | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Northern District of California | | |
| Plaintiff: ALEX BERENSON<br>Defendant: TWITTER, INC | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:21-cv-09818 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Civil Standing Orders For Magistrate Judge Joseph C. Spero; Consenting to the Jurisdiction of a Magistrate Judge; Joint Case Management Statement & [Proposed] Order; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial

3. a. Party served: TWITTER, INC
   b. Person served: John Montijo, Intake Specialist, CT Corporation Inc., Registered Agent , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 330 N Brand Blvd Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Dec 22 2021 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)           d. **The Fee** for Service was: $190.78
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

12/23/2021
(Date)                                                                 (Signature)



PROOF OF SERVICE

6489860
(4849797)