| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com) |
| 3 | KATHLEEN R. HARTNETT (314267)<br>(khartnett@cooley.com) |
| 4 | AARTI REDDY (274889)<br>(areddy@cooley.com) |
| 5 | KYLE C. WONG (224021)<br>(kwong@cooley.com) |
| 6 | REECE TREVOR (316685)<br>(rtrevor@cooley.com) |
| 7 | 3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004 |
| 8 | Telephone: +1 415 693 2000<br>Facsimile: +1 415 693 2222 |
| 9 | COOLEY LLP |
| 10 | ANGELA DUNNING (212047)<br>(adunning@cooley.com) |
| 11 | ALEX KASNER (310637)<br>(akasner@cooley.com) |
| 12 | 3175 Hanover Street<br>Palo Alto, California 94304-1130 |
| 13 | Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 |
| 14 | Attorneys for Defendant<br>TWITTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ALEX BERENSON, | | Case No. 3:21-cv-09818-WHA |
| | Plaintiff, | **TWITTER, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| | v. | |
| TWITTER, INC., | | |
| | Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TWITTER, INC.'S
CERT. OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:21-CV-09818-WHA

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 10, 2022          COOLEY LLP

By: */s/ Kyle C. Wong*
     Kyle C. Wong

Attorney for Defendant
TWITTER, INC.

262255152

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

TWITTER, INC.'S
CERT. OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:21-CV-09818-WHA