COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ANGELA DUNNING (212047)
(adunning@cooley.com)
ALEX KASNER (310637)
(akasner@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:   +1 650 843 5000
Facsimile:   +1 650 849 7400

*Attorneys for Defendant TWITTER, INC.*

CHARIS LEX P.C.
SEAN P. GATES (186247)
(sgates@charislex.com)
301 N. Lake Ave., Ste. 1100
Pasadena, California 91101
Telephone:   +1 626 508-1715
Facsimile:   +1 626 508-1730

ENVISAGE LAW
JAMES R. LAWRENCE, III (pro hac vice pending) (jlawrence@envisage.law)
ANTHONY J. BILLER (admitted pro hac vice)
(ajbiller@envisage.law)
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Telephone:   +1 919 755-1317
Facsimile:   +1 919 782-0452

*Attorneys for Plaintiff ALEX BERENSON*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX BERENSON,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:21-cv-09818-WHA<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**CIV. L.R. 6-1(A)** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:21-CV-09818-WHA

Pursuant to Civil Local Rule 6-1(a), Plaintiff Alex Berenson and Defendant Twitter, Inc., by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on December 20, 2021, Plaintiff Alex Berenson filed a complaint against Twitter, Inc. (the "Complaint," ECF No. 1) in the U.S. District Court for the Northern District of California;

WHEREAS, on December 22, 2021, Plaintiff served the Complaint on Twitter;

WHEREAS, Plaintiff has agreed to extend the last day by which Twitter may answer or otherwise respond to the Complaint to February 11, 2022;

WHEREAS, the extension of Twitter's time to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to extend the last day by which Twitter may answer, move, or otherwise respond to the Complaint to February 11, 2022.

Dated: January 10, 2022                            COOLEY LLP

                                                   By: */s/ Kyle C. Wong*
                                                        Kyle C. Wong

                                                   *Attorneys for Defendant*
                                                   *TWITTER, INC.*

Dated: January 10, 2022                            CHARIS LEX P.C.

                                                   By: */s/ Sean P. Gates*
                                                        Sean P. Gates

                                                   *Attorneys for Plaintiff*
                                                   *ALEX BERENSON*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:21-CV-09818-WHA

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civ. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

Dated: January 10, 2022                              By: */s/ Kyle C. Wong*
                                                                    Kyle C. Wong

262196260

Cooley LLP
Attorneys at Law
San Francisco

2

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
CASE NO. 3:21-CV-09818-WHA