JAMES R. LAWRENCE, III (*pro hac vice* pending)
jlawrence@envisage.law
ANTHONY J. BILLER (*pro hac vice*)
ajbiller@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Ste. 1100
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.1730

*Attorneys for Plaintiff Alex Berenson*

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ANGELA DUNNING
(adunning@cooley.com)
ALEX KASNER
(akasner@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

*Attorneys for Defendant*
TWITTER, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX BERENSON,<br><br>   Plaintiff,<br><br>   v.<br><br>TWITTER, INC.,<br><br>   Defendant. | Case No. 3:21-cv-09818-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO FILE OPPOSITON AND REPLY BRIEFS**<br><br>LR 6-2 |

Pursuant to Local Rule 6-2, plaintiff Alex Berenson and defendant Twitter, Inc. stipulate to an extension of time for the parties to file the opposition and reply briefs regarding Twitter's motion to dismiss (ECF 27) as follows:

WHEREAS, pursuant to a stipulation of the parties, this Court set the briefing schedule on Twitter's motion to dismiss as follows: opposition to Twitter's motion "shall be due by March 11, 2022, and that any reply in support of the Motion shall be due by April 1, 2022." (ECF 28 at 2.)  The Court further set the hearing on the motion for April 28, 2022 and continued the case management conference to that date.  (*Id.*)  There have been no other modifications to the case schedule.

WHEREAS, since the entry of the Court's order, Berenson's lead counsel and drafter of Berenson's opposition, James Lawrence, has missed significant time from the office due to health issues.

WHEREAS, the parties' proposed extensions of time would not change the date for the hearing or the motion to dismiss or affect any other deadlines set by the Court.

NOW THEREFORE, the parties stipulate that any opposition to Twitter's motion to dismiss (ECF 27) shall be filed by March 16, 2022, any reply shall be filed by April 6, 2022, and the hearing on the motion to dismiss shall remain on April 28, 2022.

Dated: March 10, 2021                    CHARIS LEX P.C.


By:   /s/ *Sean P. Gates*
      SEAN P. GATES
    Attorneys for Plaintiff Alex Berenson

1 | Dated: March 10, 2021            COOLEY LLP

3 |                          By:  /s/ Kyle C. Wong
4 |                               KYLE C. WONG
                                  Attorneys for Defendant Twitter, Inc.

7 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

9 | Dated:
                                  _____
                                  Hon. William H. Alsup
                                  United States District Judge

- 2 -
STIPULATION TO EXTEND TIME
Case No. 3:21-cv-09818-JCS

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for defendant Twitter, Inc.

Dated: March 10, 2021                              /s/ *Sean P. Gates*
                                                                Sean P. Gates