JAMES R. LAWRENCE, III (*pro hac vice* pending)
jlawrence@envisage.law
ANTHONY J. BILLER (*pro hac vice*)
ajbiller@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Ste. 1100
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.1730

*Attorneys for Plaintiff Alex Berenson*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ALEX BERENSON,**<br><br>Plaintiff,<br><br>v.<br><br>**TWITTER, INC.,**<br><br>Defendant. | Case No. 3:21-cv-09818-WHA<br><br>**DECLARATION OF SEAN P. GATES REGARDING STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO FILE OPPOSITON AND REPLY BRIEFS**<br><br>LR 6-2 |

DELCARATION ISO STIPULATION TO EXTEND TIME
Case No. 3:21-cv-09818-JCS

I, Sean P. Gates, declare as follows:

1. I am a shareholder at Charis Lex P.C., counsel for plaintiff Alex Berenson in this matter. I have personal knowledge of the matters set forth below and if called as a witness, I could and would testify competently thereto.

2. Pursuant to a stipulation of the parties, this Court set the briefing schedule on Twitter's motion to dismiss (ECF 27) as follows: opposition to Twitter's motion "shall be due by March 11, 2022, and that any reply in support of the Motion shall be due by April 1, 2022." (ECF 28 at 2.) The Court further set the hearing on the motion for April 28, 2022 and continued the case management conference to that date. (*Id.*) There have been no other modifications to the case schedule.

3. Since the entry of the Court's order, Berenson's lead counsel and drafter of Berenson's opposition, James Lawrence, has missed significant time from the office due to health issues.

4. Given these health issues, the parties have agreed to an extension of time for the briefing on the motion to dismiss: any opposition to Twitter's motion to dismiss (ECF 27) shall be filed by March 16, 2022, any reply shall be filed by April 6, 2022, and the hearing on the motion to dismiss shall remain on April 28, 2022.

5. The parties' proposed extensions of time would not change the date for the hearing or the motion to dismiss or affect any other deadlines set by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of March 2022, at Pasadena, California.

                                                                  /s/ *Sean P. Gates*
                                                                      Sean P. Gates