JAMES R. LAWRENCE, III (*pro hac vice* pending)
jlawrence@envisage.law
ANTHONY J. BILLER (*pro hac vice*)
ajbiller@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Ste. 1100
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.1730

*Attorneys for Plaintiff Alex Berenson*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ALEX BERENSON,** | Case No. 3:21-cv-09818-WHA |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| **TWITTER, INC.,** | |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 20, 2022

ENVISAGE LAW
CHARIS LEX P.C.

By:  /s/ *James R. Lawrence III*
         JAMES R. LAWRENCE

         Attorneys for Plaintiff Alex Berenson

- 1 -
CERTIFICATION OF INTERESTED PARTIES
Case No. 3:21-cv-09818-JCS