COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

COOLEY LLP
ANGELA DUNNING (212047)
(adunning@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
ALEXANDER J. KASNER (310637)
(akasner@cooley.com)
99 Pennsylvania Avenue NW, Ste. 700
Washington DC  20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Defendant
TWITTER, INC.

ENVISAGE LAW
JAMES R. LAWRENCE, III
(Admitted Pro Hac Vice)
(jlawrence@envisage.law)
ANTHONY J. BILLER
(Admitted Pro Hac Vice)
(ajbiller@envisage.law)
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Telephone: (919) 755-1317
Facsimile: (919) 782-0452

CHARIS LEX P.C.
SEAN P. GATES (SBN 186247)
(sgates@charislex.com)
301 N. Lake Ave., Ste. 1100
Pasadena, California 91101
Telephone: (626) 508-1715
Facsimile: (626) 508-1730

Attorneys for Plaintiff
ALEX BERENSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX BERENSON,<br><br>    Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Case No. 3:21-cv-09818-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT**<br><br>**CIV. L.R. 6(1)(B), 6-2, 7-12** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER
CASE NO. 3:21-CV-09818-WHA

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Alex Berenson and Defendant Twitter, Inc. hereby stipulate to extend Twitter's deadline to answer Plaintiff's Complaint:

**WHEREAS**, Defendant previously filed an initial response to Plaintiff's Complaint in the form of a Motion to Dismiss, ECF No. 27;

**WHEREAS**, on April 29, 2022, the Court issued an order granting part and denying in part Defendant's Motion to Dismiss Plaintiff's Complaint, ECF No. 39;

**WHEREAS**, Plaintiff's Complaint runs 70 pages and contains 228 paragraphs, which include numerous factual allegations to which Defendant must respond;

**WHEREAS**, under Federal Rule of Civil Procedure 12(a)(4)(A), Defendant's Answer to the Complaint is due on May 13, 2022;

**WHEREAS**, the parties agree that a modest week-long extension of the time to file Defendant's Answer will give Defendant appropriate time to respond to the lengthy Complaint; and

**WHEREAS**, Civil Local Rules 6-1(b) and 6-2 permit the parties to request by stipulation a court order extending the time in which to answer the Complaint;

**NOW, THEREFORE**, the parties stipulate and respectfully request that the Court enter an order extending the deadline for Defendant to file its Answer to Plaintiff's Complaint until **May 20, 2022**.

IT IS SO STIPULATED.

Dated: May 12, 2022
COOLEY LLP

By: */s/ Kyle C. Wong*
    Kyle C. Wong

Attorneys for Defendant
TWITTER, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER
CASE NO. 3:21-CV-09818-WHA

Dated: May 12, 2022                                              ENVISAGE LAW

By: */s/ James R. Lawrence, III*
James R. Lawrence, III

Attorneys for Plaintiff
ALEX BERENSON

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Kyle C. Wong, attest that concurrence in the filing of the foregoing document has been obtained from the other signatory.

Executed on May 12, 2022, in San Francisco, California.

*/s/ Kyle C. Wong*
Kyle C. Wong

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____     _____
                                                                        Hon. William H. Alsup
                                                                        UNITED STATES DISTRICT JUDGE

268684654

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER
CASE NO. 3:21-CV-09818-WHA