COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

ANGELA DUNNING (212047)
(adunning@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

ALEXANDER J. KASNER (310637)
(akasner@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington DC  20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX BERENSON,<br><br>        Plaintiff,<br><br>    v.<br><br>TWITTER, INC.,<br><br>        Defendant. | Case No. 3:21-cv-09818-WHA<br><br>**DECLARATION OF KYLE C. WONG IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECL. OF KYLE C. WONG ISO STIPULATION
EXTENDING DISCOVERY DEADLINES
CASE NO. 3:21-CV-09818-WHA

I, Kyle C. Wong, declare:

**1.** I am an attorney at Cooley LLP and counsel of record for Defendant Twitter, Inc. I am licensed to practice law in the State of California and before this Court. Except as noted otherwise, I have personal knowledge of the facts herein and if called to testify, could and would testify competently hereto.

**2.** I submit this declaration in support of the parties Stipulation and [Proposed] Order Extending Discovery Deadlines.

**3.** On June 2, 2022, I spoke with Plaintiff's counsel via telephone to discuss the upcoming discovery deadlines per the Court's April 29, 2022 order. We agreed that the deadlines stated in the Court's order should be extended per the parties' stipulation to allow for continued settlement negotiations.

**4.** The following time modifications have occurred in this case to date:

    **a.** On January 10, 2022, the parties stipulated to an extension of the time for Defendant to answer or respond to Plaintiff's Complaint until February 11, 2022. ECF No. 25.

    **b.** On February 15, 2022, pursuant to the parties' stipulation, the Court set a briefing schedule for Defendant's motion to dismiss and postponed the initial case management conference until April 28, 2022. ECF No. 28.

    **c.** On March 11, 2022, pursuant to the parties' stipulation, the Court extended the deadlines for Plaintiff's Opposition to Defendant's motion to dismiss and Defendant's Reply in support of the motion. ECF No. 31.

    **d.** On May 12, 2022, pursuant to the parties' stipulation, the Court extended Defendant's time to file its Answer to Plaintiff's Complaint until May 20, 2022. ECF No. 44.

**5.** Fact discovery in this action is scheduled to remain open until December 16, 2022, and expert discovery is scheduled to remain open until January 20, 2023. Dispositive motions are not due until February 2, 2023, trial is not scheduled until May 8, 2023, and the parties are actively engaged in settlement negotiations. As such, the extension proposed in the parties' stipulation would have a negligible effect on the case calendar and would not require alterations to any other deadline.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF KYLE C. WONG ISO STIPULATION
EXTENDING DISCOVERY DEADLINES
CASE NO. 3:21-CV-09818-WHA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2022, in San Francisco, California.

*/s/ Kyle C. Wong*
Kyle C. Wong

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. OF KYLE C. WONG ISO STIPULATION
EXTENDING DISCOVERY DEADLINES
CASE NO. 3:21-CV-09818-WHA