COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

COOLEY LLP
ANGELA DUNNING (212047)
(adunning@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

COOLEY LLP
ALEXANDER J. KASNER (310637)
(akasner@cooley.com)
99 Pennsylvania Avenue NW, Ste. 700
Washington DC  20004-2400
Telephone:     (202) 842-7800
Facsimile:     (202) 842-7899

Attorneys for Defendant
TWITTER, INC.

ENVISAGE LAW
JAMES R. LAWRENCE, III
(Admitted Pro Hac Vice)
(jlawrence@envisage.law)
ANTHONY J. BILLER
(Admitted Pro Hac Vice)
(ajbiller@envisage.law)
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Telephone: (919) 755-1317
Facsimile: (919) 782-0452

CHARIS LEX P.C.
SEAN P. GATES (SBN 186247)
(sgates@charislex.com)
301 N. Lake Ave., Ste. 1100
Pasadena, California 91101
Telephone: (626) 508-1715
Facsimile: (626) 508-1730

Attorneys for Plaintiff
ALEX BERENSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX BERENSON,<br><br>          Plaintiff,<br>   v.<br><br>TWITTER, INC.,<br><br>          Defendant. | Case No. 3:21-cv-09818-WHA<br><br>**STIPULATION EXTENDING DISCOVERY DEADLINES**<br><br>CIV. L.R. 6-1, 6-2, 7-12 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION EXTENDING
DISCOVERY DEADLINES
CASE NO. 3:21-CV-09818-WHA

269994847

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Alex Berenson and Defendant Twitter, Inc. (together the "Parties") hereby stipulate to extend discovery deadlines for both Parties as follows:

**WHEREAS**, on May 4, 2022, the Court issued an order appointing Harold Peter Smith as mediator in this case;

**WHEREAS**, the Parties have conducted two separate mediation sessions in this case on May 27, 2022 and again on May 31, 2022;

**WHEREAS**, the Order set various deadlines for discovery, ordering that (1) Plaintiff shall produce certain documents by June 6, 2022; (2) Defendant shall produce certain documents by June 20, 2022; (3) Defendant may depose Plaintiff by June 27, 2022; (4) Plaintiff, following his deposition, may depose two of Defendant's current or former employees by July 14, 2022; and (5) the parties shall propose further discovery or summary judgment practice by July 21, 2022;

**WHEREAS**, to facilitate further settlement discussions, the parties agree that a modest extension of the discovery deadlines would facilitate the most efficient use of their resources and the Court's, including by permitting the parties to focus their efforts on resolution;

**WHEREAS**, the Order permitted counsel to "agree in a stipulation promptly filed herein to modest adjustments of the foregoing deadlines and obligations";

**WHEREAS**, Civil Local Rule 6-1(b) permits the parties to file a stipulation seeking a court order modifying the Order's discovery deadline;

**WHEREAS**, the parties propose no changes to the substance or sequence of the discovery specified in the Order;

**NOW, THEREFORE**, the parties stipulate that the deadlines for the parties to conduct discovery specified by the Order are extended as follows:

- Plaintiff will produce the documents specified in paragraph 4 of the Order by **June 16, 2022.**

- Defendant will produce the documents specified in paragraph 5 of the Order by **June 30, 2022**.

- Defendant may take Plaintiff's deposition by **July 14, 2022**.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

269994847

2

STIPULATION EXTENDING
DISCOVERY DEADLINES
CASE NO. 3:21-CV-09818-WHA

- After Plaintiff's deposition, Plaintiff may take depositions of two current or former employees of Defendant as specified in the Order by **August 5, 2022**.
- The parties shall propose a further phase of discovery and/or a schedule for summary judgment motions by **August 12, 2022.**

IT IS SO STIPULATED.

Dated: June 2, 2022                                    COOLEY LLP

                                                       By: */s/ Kyle Wong*
                                                           Kyle Wong
                                                           Attorneys for Defendant

Dated: June 2, 2022                                    ENVISAGE LAW

                                                       By: */s/ James R. Lawrence, III*
                                                           James R. Lawrence, III
                                                           Attorneys for Plaintiff

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Kyle Wong, attest that concurrence in the filing of the foregoing document has been obtained from the other signatory.

Executed on June 2, 2022, in San Francisco, California.

                                                       */s/ Kyle Wong*
                                                       Kyle Wong

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION EXTENDING
DISCOVERY DEADLINES
CASE NO. 3:21-CV-09818-WHA

269994847

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 2, 2022

_____
Hon. William Alsup
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION EXTENDING
DISCOVERY DEADLINES
CASE NO. 3:21-CV-09818-WHA

269994847