1  COOLEY LLP
   MICHAEL G. RHODES (116127)
2  (rhodesmg@cooley.com)
   KATHLEEN R. HARTNETT (314267)
3  (khartnett@cooley.com)
   AARTI REDDY (274889)
4  (areddy@cooley.com)
   KYLE C. WONG (224021)
5  (kwong@cooley.com)
   REECE TREVOR (316685)
6  (rtrevor@cooley.com)
   3 Embarcadero Center, 20th Floor
7  San Francisco, California 94111-4004
   Telephone:     (415) 693-2000
8  Facsimile:     (415) 693-2222

9  COOLEY LLP
   ANGELA DUNNING (212047)
10 (adunning@cooley.com)
   3175 Hanover Street
11 Palo Alto, California 94304-1130
   Telephone:     (650) 843-5000
12 Facsimile:     (650) 849-7400

13 COOLEY LLP
   ALEXANDER J. KASNER (310637)
14 (akasner@cooley.com)
   99 Pennsylvania Avenue NW, Ste. 700
15 Washington DC  20004-2400
   Telephone:     (202) 842-7800
16 Facsimile:     (202) 842-7899

17 Attorneys for Defendant
   TWITTER, INC.
18

ENVISAGE LAW
JAMES R. LAWRENCE, III
(Admitted Pro Hac Vice)
(jlawrence@envisage.law)
ANTHONY J. BILLER
(Admitted Pro Hac Vice)
(ajbiller@envisage.law)
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Telephone: (919) 755-1317
Facsimile: (919) 782-0452

CHARIS LEX P.C.
SEAN P. GATES (SBN 186247)
(sgates@charislex.com)
301 N. Lake Ave., Ste. 1100
Pasadena, California 91101
Telephone: (626) 508-1715
Facsimile: (626) 508-1730

Attorneys for Plaintiff
ALEX BERENSON

19              UNITED STATES DISTRICT COURT

20             NORTHERN DISTRICT OF CALIFORNIA

21                SAN FRANCISCO DIVISION

22

23 ALEX BERENSON,

24              Plaintiff,

25       v.

26 TWITTER, INC.,

27              Defendant.

28

Case No. 3:21-cv-09818-WHA

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**

**CIV. L.R. 6-1, 6-2, 7-12**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DISCOVERY DEADLINES
CASE NO. 3:21-CV-09818-WHA

271342798

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Alex Berenson and Defendant Twitter, Inc. (together the "Parties") hereby stipulate to extend discovery deadlines for both Parties as follows:

**WHEREAS**, on April 29, 2022, the Court issued an order granting in part and denying in part Twitter's Motion to Dismiss Plaintiff's Complaint (the "Order") which set various deadlines for discovery;

**WHEREAS**, the Order stated that (1) Plaintiff shall produce certain documents by June 6, 2022; (2) Defendant shall produce certain documents by June 20, 2022; (3) Defendant may depose Plaintiff by June 27, 2022; (4) Plaintiff, following his deposition, may depose two of Defendant's current or former employees by July 14, 2022; and (5) the parties shall propose further discovery or summary judgment practice by July 21, 2022;

**WHEREAS**, on June 3, 2022 the Court granted the parties' stipulated motion to extend discovery deadlines by 10 days (ECF No. 47);

**WHEREAS**, the parties have reached a settlement in principle;

**WHEREAS**, the parties agree that additional time is needed to finalize and execute the settlement agreement;

**WHEREAS**, Civil Local Rule 6-1(b) permits the parties to file a stipulation seeking a court order modifying the Order's discovery deadlines;

**WHEREAS**, the parties propose no changes to the substance or sequence of the discovery specified in the Order;

**NOW, THEREFORE**, the parties stipulate that the deadlines for the parties to conduct discovery specified by the Order are extended by 28 days.

IT IS SO STIPULATED.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DISCOVERY DEADLINES
CASE NO. 3:21-CV-09818-WHA

271342798

Dated: June 29, 2022                         COOLEY LLP


                                             By: */s/ Kyle Wong*
                                                 Kyle Wong
                                                 Attorneys for Defendant


Dated: June 29, 2022                         ENVISAGE LAW


                                             By: */s/ James R. Lawrence*
                                                 James R. Lawrence, III
                                                 Attorneys for Plaintiff


## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Kyle Wong, attest that concurrence in the filing of the foregoing document has been obtained from the other signatory.

Executed on June 29, 2022, in San Francisco, California.


                                             */s/ Kyle Wong*
                                             Kyle Wong

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DISCOVERY DEADLINES
CASE NO. 3:21-CV-09818-WHA

271342798

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    DATED: _____      _____

4                                        Hon. William Alsup
                                         UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DISCOVERY DEADLINES
CASE NO. 3:21-CV-09818-WHA

271342798