UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEX BERENSON,

        Plaintiff,

v.

TWITTER, INC.,

        Defendant.

No. C 21-09818 WHA

**ORDER RE STIPULATION TO EXTEND DISCOVERY DEADLINES**

The parties have filed a stipulated request to extend the discovery deadlines in this matter by twenty-eight days. They state they have reached a settlement in principle (Dkt. No. 49). This request for a four-week extension is **DENIED**. A recent order had already extended the instant discovery deadlines per the parties' request (Dkt. No. 47). Counsel are fully able to negotiate and litigate at the same time. The applicable deadlines for discovery shall be extended **FOURTEEN DAYS** (from the current deadline, not from today). No further extensions will be allowed.

**IT IS SO ORDERED.**

Dated: June 30, 2022.

*/s/ William Alsup*
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE