ENVISAGE LAW
JAMES R. LAWRENCE, III
(Admitted Pro Hac Vice)
(jlawrence@envisage.law)
ANTHONY J. BILLER
(Admitted Pro Hac Vice)
(ajbiller@envisage.law)
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Telephone: (919) 755-1317
Facsimile: (919) 782-0452

CHARIS LEX P.C.
SEAN P. GATES (SBN 186247)
(sgates@charislex.com)
301 N. Lake Ave., Ste. 1100
Pasadena, California 91101
Telephone: (626) 508-1715
Facsimile: (626) 508-1730

Attorneys for Plaintiff
ALEX BERENSON

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

COOLEY LLP
ANGELA DUNNING (212047)
(adunning@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
ALEXANDER J. KASNER (310637)
(akasner@cooley.com)
99 Pennsylvania Avenue NW, Ste. 700
Washington DC  20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ALEX BERENSON,<br><br>            Plaintiff,<br><br>    v.<br><br>TWITTER, INC.,<br><br>            Defendant. | Case No.: 3:21-cv-09818-WHA<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: William H. Alsup |

COMES NOW Plaintiff Alex Berenson, by and through his undersigned counsel, and Defendant Twitter, Inc., by and through its undersigned counsel, and jointly stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action is dismissed with prejudice, and that each party is to bear their own costs, expenses, and attorneys' fees.

Dated: July 11, 2022                    ENVISAGE LAW


                                        By: */s/ James R. Lawrence, III*
                                            James R. Lawrence, III
                                            Attorneys for Plaintiff


Dated: July 11, 2022                    COOLEY LLP


                                        By: */s/ Kathleen Hartnett*
                                            Kathleen Hartnett
                                            Attorneys for Defendant


## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, James R. Lawrence, III, attest that concurrence in the filing of the foregoing document has been obtained from the other signatory.

Executed on July 11, 2022, in Raleigh, North Carolina.


                                        */s/ James R. Lawrence, III*
                                        James R. Lawrence, III

JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE
CASE NO. 3:21-CV-09818-WHA